No. 01–1428. TAYLOR GROUP ET AL. *v.* ANR STORAGE CO. C. A. 6th Cir. Certiorari denied.

No. 01–1430. SIENKIEWICZ *v.* HART ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1454. CASTELLO *v.* DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–1463. HARRIS *v.* OWENS, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–1470. PHONOMETRICS, INC. *v.* CHOICE HOTELS INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 01–1472. FLORIDA DEPARTMENT OF INSURANCE *v.* CHASE BANK OF TEXAS NATIONAL ASSN. C. A. 5th Cir. Certiorari denied.

No. 01–1483. BOERST *v.* GENERAL MILLS OPERATIONS, INC. C. A. 6th Cir. Certiorari denied.

No. 01–1507. CLAY COUNTY SCHOOL BOARD ET AL. *v.* WILSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1511. GARCIA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 01–1525. VEGA *v.* MILLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1542. THOMAS *v.* TENNECO PACKAGING, INC. C. A. 11th Cir. Certiorari denied.

No. 01–1557. PAJOOH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1574. BARMES ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.